

MOTION UNDER 28 U.S.C. SECTION 2255
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

FILED
APR 1 0 2008
Apr 10, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

UNITED STATES )
)
)
)
)
) 08cv2204
) JUDGE GOTTSCHALL
) MAGISTRATE JUDGE SCHENKIER
v. )
)
)
KENDRICK THOMAS, #21731-424 )
)
_____ )
(Full name and prison number of )
movant) )

**IF THE MOVANT HAS A SENTENCE TO BE SERVED IN THE FUTURE UNDER A FEDERAL JUDGMENT WHICH HE WISHES TO ATTACK, HE SHOULD FILE A MOTION IN THE FEDERAL COURT WHICH ENTERED THE JUDGMENT.**

1. Place of detention, or if on parole, date of parole release
   USP-Terre Haute, P.O. Box 33, Terre Haute, IN 47808  .

2. Name and location of court which sentence was imposed and name of judge who imposed the sentence which is now under attack.
   U.S. District Court for the Northern District of Illinois,
   Chicago, IL 60604   Hon. Mark. R. Filip.

Revised: March 4, 2004

3. Date of judgment of conviction: August 3, 2006

4. Case number: 04-CR-965

5. Length of sentence: 188 months in prison

6. Nature of offense involved (all counts): 2 counts of knowingly and intentionally distributing a controlled substnce in violation of 21 U.S.C. §841(a)(1)

7. What was your plea?           (check one)

    (A) Not guilty               (   )
    (B) Guilty                   ( XX )
    (C) Nolo Contendere          (   )

8. Kind of trial:                (check one)

    (A) Jury                     (   )
    (B) Judge only               (   )

9. Did you testify at the trial?

    Yes (   )    No ( X )

10. Did you appeal from the judgment of conviction?

    Yes ( X )    No (   )

11. If you did appeal, answer the following:

    (A) Name of court Seventh Circuit Court of Appeals

    (B) Result Conviction and sentence was affirmed

    (C) Date of result April 25, 2007

12. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?

    Yes (   )    No ( X )

Revised: March 4, 2004

13. If your answer to (12) was **"YES,"** give the following information:

(A) (1) Name of court __N/A__

    (2) Nature of proceeding _____

    (3) Grounds Raised _____

    _____

    (4) Did you receive an evidentiary hearing on your petition, application or motion?

        Yes (  )           No (  )

    (5) Result _____

    (6) Date of result _____

(B) As to any second petition, application or motion, give the same information:

    (1) Name of the court __N/A__

    (2) Nature of proceeding _____

    (3) Grounds Raised _____

    _____

    (4) Did you receive an evidentiary hearing on your petition, application or motion?

        Yes (  )           No (  )

    (5) Result _____

    (6) Date of result _____

(C) As to any third petition, application or motion, give the same information:

    (1) Name of the court __N/A__

    (2) Nature of proceeding _____

    (3) Grounds Raised _____

    _____

Revised: March 4, 2004

(4) Did you receive an evidentiary hearing on your petition, application or motion?

Yes ( )        No ( )

(5) Result_____

(6) Date of result_____

(D) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?

(1) First petition, etc.     Yes ( )     No ( X )

(2) Second petition, etc.    Yes ( )     No ( X )

(3) Third petition, etc.     Yes ( )     No ( X )

(E) If you did <u>not</u> appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

<u>I asked my appellate counsel to file a petition for a Writ of</u>

<u>Certiorari in the U.S. Supreme Court on my behalf, but he</u>

<u>refused to do so.</u>

_____

_____

_____

_____

14. State <u>concisely</u> every ground on which you claim that you are being held unlawfully. Summarize <u>briefly</u> the facts supporting each ground. If necessary, you may attach pages stating additional grounds and <u>facts</u> supporting same.

CAUTION: IF YOU FAIL TO SET FORTH ALL GROUNDS IN THIS MOTION, YOU MAY BE BARRED FROM PRESENTING ADDITIONAL GROUNDS AT A LATER DATE.

A. Ground one <u>See: Memorandum in Support/attached</u>

_____

Supporting FACTS (tell your story **briefly** without citing cases or law:
  See: Memorandum in Support/attached

B. Ground two  See: Memorandum in Support/attached

Supporting FACTS (tell your story **briefly** without citing cases or law):

C. Ground three  See: Memorandum in Support/attached

Supporting FACTS (tell your story **briefly** without citing cases or law):
  See: Memorandum in Support/attached

Revised: March 4, 2004

Ground four _____

_____

Supporting FACTS (tell your story **briefly** without citing cases or law:

_____

_____

_____

_____

_____

_____

15. If any of the grounds listed in 14 A, B, C, and D were not previously presented, state **briefly** what grounds were not so presented, and give your reasons for not presenting them:

    N/A

    _____

    _____

16. Do you have any petition or appeal now pending in any court as to the judgment under attack?    Yes ( )    No ( **X** )

    (A) If **"YES,"** state the name of the court and the nature of the proceeding: _____

    _____

17. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

    (A) At preliminary hearing **Thomas M. Lienenweber,**

        **321 S. Plymouth Court, Chicago, IL 60604**

    (B) At arraignment and plea **Thomas M. Lienenweber,**

        **321 S. Plymouth Court, Chicago, IL 60604**

6                                            Revised: March 4, 2004

 (C) At trial __Ross M. Eagle,__

   __53 W. Jackson Blvd., Suite 1320, Chicago, IL 60604__

 (D) At sentencing __Ross M. Eagle,__

   __53 W. Jackson Blvd., Suite 1320, Chicago, IL 60604__

 (E) On appeal __Ross M. Eagle,__

   __53 W. Jackson Blvd., Suite 1320, Chicago, IL 60604__

 (F) In any post-conviction proceeding __N/A__

 (G) On appeal from any adverse ruling in a post-conviction proceeding __N/A__

18. Were you sentenced on more than one count of an indictment, or more than one indictment, in the same court and at approximately the same time? Yes ( ) No ( )

19. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack? Yes ( ) No ( )

 (A) If so, give the name and location of the court which imposed the sentence to be served in the future: _____

 (B) And give the date and length of sentence to be served in the future: _____

WHEREFORE, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____        *K. Thomas 21731-424*
Signature of attorney (if any)         Signature of Movant

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4-2-08
             (date)

*Kendrick Thomas*
Signature of Movant  21731-424