UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA            ) | |
| ) | No. 08 C 2204 |
| v.                                   ) | |
| ) | Hon. Joan B. Gottschall |
| KENDRICK THOMAS                      ) | |

**ATTORNEY DESIGNATION**

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.

                                            Respectfully submitted,

                                            PATRICK J. FITZGERALD
                                            United States Attorney


By:   s/Lisa M.. Noller
      LISA M. NOLLER
      Assistant United States Attorney
      219 South Dearborn Street, 5th Floor
      Chicago, Illinois 60604
      (312) 353-5314

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

**ATTORNEY DESIGNATION**

was served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by first-class mail on APRIL 28, 2008, to the following non-ECF filers:

Kendrick Thomas
#2173-424
Terre Haute - FCI
P.O. Box 33
Terre Haute, IN 47808

.

                                                    By: s/Lisa M. Noller
                                                          LISA M. NOLLER
                                                          Assistant United States Attorney
                                                          219 S. Dearborn Street, 5th Floor
                                                          Chicago, Illinois 60604
                                                          (312) 353-5314