# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2204 | **DATE** | 4/28/2008 |
| **CASE TITLE** | United States vs. Thomas | | |

**DOCKET ENTRY TEXT**

The government shall respond to Kendrick Thomas's § 2255 motion within 35 days. The clerk is directed to serve a copy of the motion and the memorandum in support on the government.

■[ For further details see text below.]   Docketing to mail notices.

## STATEMENT

On April 10, 2008, petitioner, Kendrick Thomas ("Thomas"), filed a *pro se* § 2255 motion to vacate, set aside, or correct his sentence from the underlying criminal case 04 CR 965-1. The court orders the government to respond within 28 days. If he wishes, Thomas may reply within 21 days thereafter. If no reply is received in a timely manner, the court will consider the matter fully briefed without a reply and will rule by mail.

| | Courtroom Deputy Initials: | RJ/DAM |
|---|---|---|