MHN

IN THE
UNITED STATES DISTRICT COURT
For The, _Northern District of Illinois_

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff-Respondent, ) | Case No. _04 CR 965_ |
| -vs- ) | _(08-C-2204)_ |
| _Kendrick Thomas_ ) | Hon. _Judge Gottschall_ |
| Defendant-Petitioner, ) | |

FILED
JUN 2 6 2008 aew
6-26-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE, that the undersigned has filed a, _Motion for an Extension of time to file reply to governments response_, with the U.S. District Court, on _23_ / _June_ / 200_8_. This also certifies that a copy of said document was served upon the United States Attorney or his assistant, _Lisa M. Noller_ ; located at, _219 South Dearborn Street, Chicago, Illinois 60604_.
By placing said documents in the U.S. mail postage paid at the U.S. Penitentiary (Terre Haute), P.O. Box 12015, Terre Haute, IN. 47801; addressed to aforementioned parties above.

SUBSCRIBED AND SWORN BEFORE ME
This ____ Day Of _____ 2007

_____
Notary Public

Respectfully Submitted
X _Kendrick Thomas_
Name: _M. Kendrick Thomas_
Add: _U.S. Penitentiary_
_P.O. Box 33_
_Terre Haute, Indiana_
Zip: _47808_

Date: _June 23, 2008_

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

JUN 2 6 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA,      )
Plaintiff-Respondent           )
                               )   No. 08 C 2204
            -vs-               )
                               )   (04 CR 965)
KENDRICK THOMAS,               )   Hon. Judge Gottschall
Defendant-Petitioner           )

---

**MOTION FOR AN EXTENTION OF TIME
FOR PETITIONER TO REPLY TO GOVERNMENT'S
RESPONSE TO HIS § 2255 MOTION**

Now Comes the Petitioner, Kendrick Thomas, and moves this honorable Court, pursuant to Fed. R. Crim. P. 45, requesting an extention of time until July 10, 2008, to file his reply to the United States-Government's response to his § 2255 Motion to Vacate, Set aside, or Correct Sentence. In Support hereof the Petitioner states as follows:

-1-

1. That the Government filed its response to the Petitioner's § 2255, on June 3, 2008.

2. That on 4/28/2008 this Court ordered the government to respond to Thomas's § 2255 filed on April 10, 2008, within 28 days, and further ordered that the Petitioner reply to their response 21 days after their response, which was 06/03/2008, making Mr. Thomas's reply due to be filed by June 24, 2008.

3. That the Petitioner is unable to complete the reply and have it filed timely, because the institution has been placed on lock down due to an act of violence, and the Petitioner cannot finish typing the reply and get copies for service until the facility comes off lock down. Hopefully this week or next week. Petitioner has started typing the reply but needs more time to finish it, copy it, and mail it.

-2-

So Mr. Thomas, is asking Your Honor to grant him an Extention of time until July 10, 2008, to file his reply to the Government's response to his § 2255 Motion. "No other extention has been requested."

Wherefore, the Petitioner, Mr. Kendrick Thomas, Pro se, respectfully request that his Motion is granted and the Court order an Extention of time until July 10, 2008, for him to file his reply to the United States-Government's response to his § 2255 Motion.

Respectfully Submitted

*Mr. Kendrick Thomas*
Mr. Kendrick Thomas
Pro Se Petitioner-Defendant

-3-

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 2204 | DATE | 4/28/2008 |
| CASE TITLE | United States vs. Thomas | | |

**DOCKET ENTRY TEXT**

The government shall respond to Kendrick Thomas's § 2255 motion within 35 days. The clerk is directed to serve a copy of the motion and the memorandum in support on the government.

■ [ For further details see text below.]   Docketing to mail notices.

**STATEMENT**

On April 10, 2008, petitioner, Kendrick Thomas ("Thomas"), filed a *pro se* § 2255 motion to vacate, set aside, or correct his sentence from the underlying criminal case 04 CR 965-1. The court orders the government to respond within 28 days. If he wishes, Thomas may reply within 21 days thereafter. If no reply is received in a timely manner, the court will consider the matter fully briefed without a reply and will rule by mail.

| | Courtroom Deputy Initials: | RJ/DAM |
|---|---|---|

## AFFIDAVIT

I, Kendrick Thomas, duly disposes under oath, subject to penalty of perjury that the foregoing is true.

1. That I am incarcerated in the U.S. Penitentiary Terre Haute, Indiana 47808.

2. That USP Terre is presently on lockdown and has been so since June 20, 2008.

3. That I am unable to complete typing, then copy, then mail my reply to governments response to §2255 due to lockdown, and law library being closed.

4. That I was unable to copy this affidavit or the attached motion for an extension of time and serve it on U.S. Assistant Attorney, Lisa Noller, due to lockdown and no access to copying machine. "Please copy and serve."

*Kendrick Thomas*
M. Kendrick Thomas
Affiant